# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

William Fisher
a single person, on behalf of his minor child LF
)
*Plaintiff*
)
v.
)
State of Washington; Washington State Department of Social and Health Services; Washington Department of Child Protective Services; Division of Children and Family Services; Cliff Petrie; Faleisha Wright; and John/Jane Does 1-10.
)
*Defendant*

Civil Action No. 2:16-cv-00108-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion for Summary Judgment, ECF 13, GRANTED. Judgment in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian on Defendants' motion for Summary Judgment, ECF 13, GRANTED. Judgment in favor of Defendants.

Date: 2/21/17

CLERK OF COURT

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*
Shelly Koegler